JS-6

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
dan.decarlo@lewisbrisbois.com
JOSHUA S. HODAS, SB# 250802
josh.hodas@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel: 213.250.1800
Fax: 213.250.7900

Attorneys for Plaintiff VBConversions LLC

**FOX ROTHSCHILD LLP**
JAMES E. DOROSHOW (SBN 112920)
jdoroshow@foxrothschild.com
AARON CRAIG (SBN 204741)
acraig@foxrothschild.com
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel: 310-598-4150
Fax: 310-556-9828

Attorneys for Defendants Abbott Laboratories and AppLab Systems, Inc.

**LAW OFFICE OF PARAG L. AMIN**
PARAG L. AMIN (SBN 281133)
parag@amin-legal.com
341 South Sepulveda Boulevard, Suite 1156
Los Angeles, CA 90034
Tel: 213-293-7881
Fax: 213-986-3563

Attorneys for Defendant Clinovo, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, *et al.*,<br><br>        Defendants. | CASE NO. CV 13-8746-GW(SHx)<br><br>Hon. George H. Wu.<br><br>**ORDER ON PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  November 26, 2013<br>Trial Date:    None Set |

4846-7937-5389.3                                                2:13-CV-08746-GW (SHx)
[PROPOSED] ORDER ON PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

# ORDER

Having reviewed the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefore, the Court **GRANTS** the Stipulation, and **IT IS HEREBY ORDERED**:

1) This action shall be dismissed with prejudice in its entirety; and

2) Each party shall pay its own costs and fees.

Dated: October 31, 2014           *[signature: George H. Wu]*

GEORGE H. WU, U.S. District Judge